UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY J. BETTIN,

      Petitioner,

v.                           CIVIL ACTION NO. 05-CV-70817-DT
                           HONORABLE JOHN CORBETT O'MEARA

HUGH WOLFENBARGER,

      Respondent.
_____/

## JUDGMENT

      The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable John Corbett O'Meara, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

      **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

      **SO ORDERED.**

                            s/John Corbett O'Meara
                            John Corbett O'Meara
                            United States District Judge

Dated: April 3, 2006